# EXHIBIT 1 – PART 1





# Overview of Client Business

April 4, 2008
Dan Witmer – Head of Client Business Unit
Anne Brennan - CFO

CONFIDENTIAL



## Product/Service/Platform Description



# Mobile Devices are the most personal and essential element in the service delivery system

## Openwave Client Software:

- Openwave maintains strong market share in browser and messaging applications.

- Openwave has strong relationships with OEMs and Carriers.

CONFIDENTIAL    ©2007 Openwave Systems Inc.



## Our Client Offering

▪ A messaging suite which supports SMS, EMS, MMS, and email clients

▪ A suite of browsers which is comprised of a standards based browser and an open internet browser

▪ A framework called MIDAS which delivers an AJAX based platform on which widgets and applications may be written

   – The framework exposes the messaging and browsing stack allowing handset manufacturers, mobile operators or anybody else to write applications which send messages or use a browser to render information without the user having to invoke those clients explicitly. This enables the "zero click" experience.

CONFIDENTIAL   (c)2007 Openwave Systems Inc.

3



# Client Patent Portfolio

## Client Business is protected by several key patent families

1. Method and Architecture for an Interactive Two-way Data Communication Network
   - *Protects the client-server architecture including the core functions of the Gateway and Client*

2. Method and System for Self-provisioning a Rendezvous to Ensure Secure Access to Information in a Database from Multiple Devices (and variations)
   - *Protects the "duality" model of how users interact with mobile wireless data services*

3. Method of Displaying Elements Having a Width Greater Than a Screen Display Width, others.
   - *Protects scrolling and downloading UI elements from a server*

*42 issued, allowed, and pending patents covering client products.*

### US Patent Portfolio

| IP Asset/ Category | # Issued US Patents | # Allowed Applications | # Pending Applications | Total |
|---|---|---|---|---|
| Client | 31 | 1 | 10 | 42 |

*Note: Inclusive of US and foreign patents.*



# Total Addressable Market
## Mobile Device-Client Industry TAM

Client Applications as standalone functions

Integrated On-Device Service Delivery & User Experience

### Key Drivers for Client

*Device manufacturers and operators' demand for complete service delivery and user experience solutions*

*AJAX & Widget enabled services and the "Widget Economy" are considered key drivers of the Web 2.0 trend (\*)*

*Most Web 2.0 services will require updatable software and custom embedded applications to deliver the required services and user experiences*

*Manufacturers shifting from in-house to 3rd party client solutions*



Available Market for On-Device Applications

Mn Mobile Devices

Smart Phones

High End Feature

Low Feature Phones

Basic Phones

1,030    1,105    1,170    1,219

Opportunity in Units (Millions)

1,300
1,100
900
700
500
300
100

2007    2008    2009    2010

Sources: ABI Research, IMS Insider, Strategy Analytics, OVUM - "Mobile Widget Economy" – Concept defined by MIC Research

CONFIDENTIAL    © 2007 Openwave Systems Inc.



# Served Addressable Market
## SAM for Mobile Device-Client Software

| | CAGR 2007 - 2010 |
|---|---|
| Total Devices | 4% |
| Browser | 5% |
| Messaging | 5% |
| MIDAS Widgets | 94% |
| Addressable Devices | |

Based on Calendar Year

Units (Millions)

| | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|
| Total Devices | 1030 | 1105 | 1170 | 1219 |
| Browser | 670 | 718 | 772 | 817 |
| Messaging Client | 670 | 718 | 772 | 817 |
| MIDAS / Widgets | 43 | 125 | 303 | 599 |

CONFIDENTIAL   © 2007 Openwave Systems Inc.

# Openwave Client Portfolio




**Personalized Experience**

**Differentiated Services**

**Service-Use Scenarios**

=



**Mobile AJAX & Widgets**

+



**Browsing**

+

**Messaging**

## Integrated Suite of Core Client Applications

- Complete, integrated suite of core service applications
- Scalable across a wide range of platforms and tiers
- Proven leadership and reliability over 10 years

## User Experience, Service Creation and Delivery

- Personalization, "Zero Click" information and service use
- Easy and fast service creation and delivery
- Deep branding and differentiation

## Product Design, Development, and Customization

- Superior product and service design: fast, flexible, state-of-the-art
- Consistent application of requirements and design across applications
- Mass customization, build-to-order

CONFIDENTIAL  © 2007 Openwave Systems Inc.





# Key Customers

## Primary Focus: Top Five Brands

- Nokia (CDMA and strategic alignment)
- Motorola (Move to GSM)
- Samsung
- Sony / Ericsson (2G - > 3G)
- LG

## Secondary Focus: Tier 2 Suppliers

- Sagem *
- Kyocera
- UT Starcom
- Pantech
- Compal
- HTC
- Asus

## Secondary: Operators (Direct License)

- KDDI
- KTF

## Secondary Focus: Chipset Suppliers

- EMP
- Infineon
- TI
- Intel

## Tertiary Focus: Tier 3 ODMS

- Chinese ODMs

CONFIDENTIAL © 2007 Openwave Systems Inc.





# Worldwide Handset Relationships