# EXHIBIT 1 – PART 2



## Installed Base

- **Device Suppliers**
  - Current: 45 Suppliers including all Top 5 except Sony / Ericsson
  - 2008 Target: All Top 5 and expansion to GSM
- **Chipset Suppliers**
  - Current: Qualcomm, EMP
  - 2008 Targets: Infineon, TI, Freescale
- **Operators**
  - Current: KDDI, KTF
  - 2008 Targets: Vodacom (Enterprise), Verizon

CONFIDENTIAL   © 2007 Openwave Systems, Inc.








**Browser Portfolio**

## Browser Portfolio Segmentation for 2008-2009

**2008-2009 Browsers**
- Surfer: Introduction
- Mercury: Mainstream
- V6: Low-end

**Min Platform Requirements**
V6: ARM 7, 39 Mhz, 1MB
V7: ARM 9, 100 Mhz, 2MB
Surfer: ARM 9, 200 Mhz, 4-5MB

## OpenWave Browser Portfolio

| Feature | V6<br>Dual-stack (WAP/HTTP)<br>WAP Push Capability<br>Style-sheet Support | Mercury (V7)<br>Scripting Support<br>Progressive Layout<br>Plugin Framework | Surfer<br>Web 2.0<br>Open Internet Browsing<br>UI & Service Application |
|---|---|---|---|
| Mobile Specific<br>- WSP/WTLS, WAP Push<br>- WML, WMLScript, XHTML MP, WCSS, CSS MP | ✓* | ✓ | ✓** |
| Open Internet<br>- HTTP/TLS, HTML, XHTML, CSS 2.1, DOM 2 | - | Basic | ✓ |
| Scripting<br>- ESMP, ECMAScript & JavaScript | - | ✓ | ✓ |
| Plugins<br>- Flash, SVG, RTSP | - | ✓ | ✓ |
| Download & DRM<br>- MIDP, OMA Download, OMA DRM | Basic | ✓ | ✓ |
| AJAX & WEB 2.0 | - | Basic | ✓ |
| Zoom & Pan | - | Basic | ✓ |
| RSS | - | v0.91 | v2.0 |
| Extensions / Add-Ons | - | - | ✓ |
| Tabbed Browsing | - | - | ✓ |
| Widgets | - | - | ✓ |
| Pen Input / Touch Screen | - | - | ✓ |
| Processor<br>CPU Speed<br>RAM | ARM7<br>30MHz<br>1MB | ARM9<br>75MHz<br>2MB | ARM9<br>150MHz<br>5MB |

CONFIDENTIAL   © 2007 Openwave Systems Inc.   15

# Messaging Clients Portfolio



## Messaging Portfolio Segmentation for 2008-2009

**2008-2009 Messaging**
- V5 & MIDAS Messaging
- V4 Mainstream, Native
- V3 Low-end, Native



# Client Messaging – Portfolio Overview

## MIDAS Messaging UI Option (Version 5)
- Complete flexibility, programmable in MIDAS
- Reference UI based on highly regarded UI spec
- Easily adapted to operator requirements
- SMS/MMS, Email

**MIDAS Application UI's**
- SMS / MMS
- CCS
- Other
- EMail
- IM

## Native UI Option (All Versions)
- API's support native development by Mfr

**Native Application UI's**
- SMS UI
- MMS UI
- Email UI
- IM UI's

## Messaging Clients
- Proven & Mature
- Widely Deployed
- Interoperable
- OMA Standards Compliant
- Wide range of device platforms and reference ports reduce time/cost of integration

- SMS
- MMS
- Email
- IMPS

Wide Range of Device Platforms

CONFIDENTIAL – © 2007 Openwave Systems Inc.



# MIDAS Portfolio

## MIDAS Portfolio for 2008-2009



**2008-2009 MIDAS**
- MIDAS 1.x
- MIDAS 2.x

<u>Min Platform Requirements</u>
V7: ARM 9, 100 Mhz, 2MB

CONFIDENTIAL   © 2007 Openwave Systems, Inc.



# Messaging Client Portfolio




**Embedded Clients**
- SMS (with EMS Option)
- MMS
- Mobile Email
- Instant Messaging

**User Interface Options**
- Native Device UI
- Mobile AJAX UI (MIDAS)

### Openwave's messaging clients:

- **User Experience**: personalized, easy to use
- **Operator Experience**: easy to customize and brand
- **Device Suppliers**: Flexible UI options, modular, easy to integrate
- **Standards based**: OMA, WAP, SMTP, POP, IMAP, Lemonade, ...
- **Proven interoperability** across a variety of systems and networks
- **Industry leading**

CONFIDENTIAL   © 2007 Openwave Systems Inc.   20



## Client Pricing Models

| | Primary Model | Secondary Model I | Secondary Model II |
|---|---|---|---|
| *Description* | The customer pays for each Device Units shipped | Annual Fee License with an upper cap (maximum fee) | Multi-Year Site License - terms to be approved via Openwave's Deals Desk |
| *Oracle UOM Acronym* | DEV | FLF | SIT |
| *License Trigger* | A license is triggered for each Device Unit shipped | Reaching pre-specified annual $ figure | Calendar dates during contract |
| *Other Definition* | N/A | Price depends on size of Account | Price depends on size of Account |

CONFIDENTIAL   © 2007 Openwave Systems Inc.