IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | No. C 10-02805 WHA |
| Plaintiff, | |
| v. | **ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE** |
| MYRIAD FRANCE S.A.S., | |
| Defendant. | |

    The Court hereby **SETS** a further meet-and-confer starting from **8:00 A.M. UNTIL 11:00 A.M.** on **TUESDAY, DECEMBER 21, 2010**, in the Court's jury room. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Defendant's response is due no later than noon on December 20.

    Please note that only those who personally participate in the further meet-and-confer in the Court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: December 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE