**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | No. C 10-02805 WHA |
| Plaintiff, | |
| v. | **ORDER PARTIALLY GRANTING MOTION TO COMPEL DISCOVERY** |
| MYRIAD FRANCE S.A.S., | |
| Defendant. / | |

On December 14, 2010, counsel for Openwave Systems Inc. filed a letter brief requesting discovery-related relief. On December 20, counsel for Myriad France S.A.S. filed a letter brief opposing the requests. Counsel met and conferred before the hearing on this discovery dispute and reached agreements that rendered the letter briefs largely moot. A few isolated issues that remained unresolved were ruled on during the hearing. Openwave's motion to compel discovery is **GRANTED** to the extent stated on the record during the hearing.

**IT IS SO ORDERED.**

Dated: December 21, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE