**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPENWAVE SYSTEMS INC.,

    Plaintiff,

  v.

MYRIAD FRANCE S.A.S.,

    Defendant.
_____/

No. C 00-02805 WHA

**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE**

    The Court hereby **SETS** a meet-and-confer starting from **8:00 A.M. AND CONTINUING THROUGH 11:00 A.M. ON MONDAY, FEBRUARY 28, 2011**, in the Court's jury room on the nineteenth floor of the federal courthouse. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining discovery issue(s). Plaintiff's response to defendant's February 22 letter is due by noon on February 25.

    Please note that only those lawyers who personally participate in the meet-and-confer in the Court's jury room may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: February 23, 2011.

                                                      WILLIAM ALSUP
                                                      UNITED STATES DISTRICT JUDGE