IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | No. C 10-02805 WHA |
| Plaintiff, | |
| v. | **ORDER RE CASE MANAGEMENT DEADLINES SET AT HEARING** |
| MYRIAD FRANCE S.A.S., | |
| Defendant. / | |
| AND RELATED COUNTERCLAIM / | |

As stated at the hearing on February 28, 2011, the following case management deadlines are now in place.

By **MARCH 3, 2011**, the parties shall file an agreed proposed form of order recounting all the discovery rulings made at the February 28 hearing.

Myriad may file a motion to disqualify Openwave's counsel by **MARCH 4, 2011**. Openwave's opposition to this motion will be due on **MARCH 11, 2011**, and Myriad's reply will be due on **MARCH 15, 2011**. No reply declarations may be filed. A hearing on the motion, if any, will be held at **8:00 A.M. ON MARCH 24, 2011**.

On **MARCH 21, 2011**, Openwave may renew its request for leave to file an early motion for summary judgment. The request should be made by way of a précis as provided in the February 18 order regarding motion practice (Dkt. No. 54). The request must be accompanied by a joint status report providing an update as to all relevant case developments.

**IT IS SO ORDERED.**

Dated: March 1, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE