IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | No. C 10-02805 WHA |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL BRIEFING ON MOTION FOR DISQUALIFICATION** |
| MYRIAD FRANCE S.A.S., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

As stated at the March 24 hearing on the motion to disqualify counsel, each side should submit a supplemental brief addressing the following question — and the following question *only* — by **NOON ON MARCH 28, 2011**:

> Assuming *arguendo* there was a proven violation of Rule 3-310(E) of the California Rules of Professional Conduct, does it automatically follow that counsel must be disqualified, or is disqualification a decision within the discretion of the Court?

Each party's supplemental brief may be no more than five double-spaced pages with no footnotes, no attachments, and no accompanying declarations. The briefs should address this standard generally without focusing on tangential issues such as waiver.

**IT IS SO ORDERED.**

Dated: March 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE