| | |
|---|---|
| 1 | Roderick M. Thompson (SBN 96192) |
| 2 | Andy Leibnitz (SBN 184723) |
| | **FARELLA BRAUN + MARTEL LLP** |
| 3 | Russ Building |
| | 235 Montgomery Street, 17th Floor |
| 4 | San Francisco, California 94104 |
| | Telephone: (415) 954-4400 |
| 5 | Facsimile: (415) 954-4480 |
| | E-mail: rthompson@fbm.com |
| 6 | E-mail: aleibnitz@fbm.com |
| 7 | Edward M. Laine, *Appearing Pro Hac Vice* |
| | Samuel R. Hellfeld (SBN 234421) |
| 8 | **OPPENHEIMER WOLFF & DONNELLY LLP** |
| | Plaza VII Building, Suite 3300 |
| 9 | 45 South Seventh Street |
| | Minneapolis, Minnesota 55402 |
| 10 | Telephone: (612) 607-7000 |
| | Facsimile: (612) 607-7100 |
| 11 | E-mail: elaine@oppenheimer.com |
| | E-mail: shellfeld@oppenheimer.com |
| 12 | Attorneys for Defendant |
| | MYRIAD FRANCE S.A.S. |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., | Case No. 10-CV-02805 (WHA) |
| Plaintiff, | |
| vs. | [PROPOSED] **ORDER PARTIALLY GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |
| MYRIAD FRANCE S.A.S., | |
| Defendant, | |
| MYRIAD FRANCE, S.A.S., | Dept.: Courtroom 9 |
| Counterclaimant, | Judge: Honorable William H. Alsup |
| vs. | |
| OPENWAVE SYSTEMS, INC., | |
| Counterclaim-Defendant. | |

[PROPOSED] ORDER PARTIALLY GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5
Case No. 10-CV-02805 (WHA)

1

Upon good cause shown, IT IS HEREBY ORDERED Openwave may file under seal the following Exhibits to the Declaration of Brett M. Schuman in Support of Openwave System Inc.'s Motion for Partial Summary Judgment:

1. Exhibit 23;
2. Exhibit 26; and
3. Exhibit 39.

Myriad has withdrawn its "CONFIDENTIAL" designation for the following Exhibits to the Declaration of Brett M. Schuman in Support of Openwave System Inc.'s Motion for Partial Summary Judgment and, accordingly, Openwave may not file the following Exhibits under seal: (These exhibits may be filed in the public record.)

4. Exhibit 10;
5. Exhibit 15;
6. Exhibit 22;
7. Exhibit 46; and
8. Exhibit 50.

Openwave System Inc.'s Motion for Partial Summary Judgment may be sealed in accordance with this Order and the previously-issued Order Partially Granting Leave to File Under Seal (Dkt. No. 146). **Openwave may file an unredacted version of its motion under seal and should file a redacted version in the public docket that redacts only information that was filed under seal.**

IT IS SO ORDERED.

Dated:  April 19      , 2011

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER PARTIALLY GRANTING ADMINISTRATIVE
REQUEST TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5
Case No. 10-CV-02805 (WHA)

2871304 v01 04/18/2011

2