IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | No. C 10-02805 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING EQUIPMENT FOR HEARINGS** |
| MYRIAD FRANCE S.A.S., | |
| Defendant. / | |
| AND RELATED COUNTERCLAIMS / | |

Openwave seeks leave to file an administrative motion to bring electronic equipment to the May 12 hearing (Dkt. No. 220). Prior permission is not necessary for filing such a request. The parties should coordinate their technical needs for the hearing and file a joint request to bring one set of shared equipment into the courthouse. A proposed order specifically listing each item of equipment must be appended thereto.

**IT IS SO ORDERED.**

Dated: May 9, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE