IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OPENWAVE SYSTEMS INC.,

    Plaintiff,

  v.

MYRIAD FRANCE S.A.S.,

    Defendant.
_____/

AND RELATED COUNTERCLAIMS
_____/

No. C 10-02805 WHA

**ORDER GRANTING LEAVE TO RE-FILE DECLARATIONS**

Myriad seeks leave to resubmit the declarations of Cyrille Amar, Obie Oberoi, and Simon Wilkinson in support of Myriad's opposition to Openwave's motion for partial summary judgment. Myriad explains that the phrase "under the laws of the United States of America" was inadvertently omitted from the filed declarations (Dkt. No. 212). Openwave "does not oppose" Myriad's administrative motion so long as the additional evidentiary objections to the declarations set forth in Openwave's response may be considered. Openwave explains that this provision would cure the prejudice of allowing Myriad to re-file corrected declarations after Openwave objected only to the original versions (Dkt. No. 237).

Myriad's administrative motion for leave to re-file corrected versions of the declarations is **GRANTED**. If those declarations become relevant to the Court's analysis of Openwave's motion for summary judgment, then Openwave's additional objections will be considered.

**IT IS SO ORDERED.**

Dated: May 12, 2011.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE