| | |
|---|---|
| BRETT M. SCHUMAN (SBN 189247) | EDWARD M. LAINE (pro hac vice) |
| DION M. BREGMAN (SBN 208393) | SAMUEL R. HELLFELD (SBN 234421) |
| AHREN C. HSU-HOFFMAN (SBN 250469) | OPPENHEIMER WOLFF & DONNELLY, LLP |
| RYAN L. SCHER (SBN 244706) | Plaza VII, Suite 3300 |
| MORGAN, LEWIS & BOCKIUS LLP | 45 South Seventh Street |
| One Market, Spear Street Tower | Minneapolis, MN 55402 |
| San Francisco, CA 94105-1126 | Telephone: (612) 607-7439 |
| Tel: 415.442.1000 | Facsimile: (612) 607-7100 |
| Fax: 415.442.1001 | E-mail: elaine@oppenheimer.com |
| E-mail: bschuman@morganlewis.com | E-mail: shellfeld@oppenheimer.com |
| E-mail: dbregman@morganlewis.com | |
| E-mail: ahoffman@morganlewis.com | RODERICK M. THOMPSON (SBN 96192) |
| E-mail: rscher@morganlewis.com | ANDREW LEIBNITZ (SBN 184723) |
| | SCOTT ANDREWS (SBN 243690) |
| Attorneys for Plaintiff and Counterclaim | FARELLA BRAUN + MARTEL LLP |
| Defendant OPENWAVE SYSTEMS INC. | 235 Montgomery Street, 17th Floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 954-4400 |
| | Facsimile: (415) 954-4480 |
| | E-mail: rthompson@fbm.com |
| | E-mail: aleibnitz@fbm.com |
| | E-mail: sandrews@fbm.com |
| | |
| | Attorneys for Defendant and Counterclaimant MYRIAD FRANCE, S.A.S. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS, INC., | Case No. 10-CV-02805 (WHA) |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER RESOLVING DISCOVERY DISPUTE** |
| MYRIAD FRANCE S.A.S., | |
| Defendant. | |

1

MYRIAD FRANCE, S.A.S.,

    Counterclaimant,

vs.

OPENWAVE SYSTEMS INC.,

    Counterclaim-Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between Openwave Systems Inc. ("Openwave") and Myriad France S.A.S. ("Myriad"), through their respective undersigned attorneys: that trial counsel for the parties met and conferred telephonically on May 2 and May 3, 2011, in a good faith effort to resolve all issues contained in Myriad's Letter Compelling Discovery from Plaintiff Openwave [Docket No. 177] that have been referred to United States Magistrate Judge Joseph C. Spero; that the discussions of counsel have resulted in a complete resolution of all issues between Openwave and Myriad that are the subject of the reference; and that, having resolved said issues, the parties have no need to either further meet and confer or file briefs as otherwise provided in the Notice of Reference; Order to Meet and Confer and File Joint Letter; Order Setting Briefing Schedule dated April 28, 2011 [Docket No. 199].

This stipulation has no impact on the separate Motion by Nonparty Google for Protective Order and/or Order Quashing Third Party Subpoena, [Docket No. 184], and the related Openwave's Letter Brief Compelling Google to Comply with the Subpoena [Docket No. 186].

Dated: May 4, 2011

    OPPENHEIMER WOLFF & DONNELLY, LLP

    By /s/ Edward M. Laine
      Edward M. Laine

    *Attorneys for Defendant and Counterclaimant,*
    MYRIAD FRANCE, S.A.S.

| | | |
|---|---|---|
| 1 | Dated: May 4, 2011 | MORGAN, LEWIS & BOCKIUS LLP |

By /s/ Brett M. Schuman
    Brett M. Schuman

*Attorneys for Plaintiff and Counterclaim-Defendant*, OPENWAVE SYSTEMS, INC.

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, and for good cause shown, the parties need no longer meet and confer nor conduct further briefing as set forth in the Court's Notice Of Reference; Order To Meet And Confer And File Joint Letter; Order Setting Briefing Schedule [Docket No. 199].

IT IS SO ORDERED.

Dated: __May 20__, 2011

_____
Hon. Joseph C. Spero
United States Magistrate Judge

**FILER'S ATTESTATION**

I, Edward Laine, am the ECF user whose identification and password are being used to file this STIPULATION RESOLVING DISCOVERY DISPUTE. Pursuant to General Order 45.X.B., I hereby attest that Brett Schuman, counsel of record for Openwave Systems, Inc., concurs in this filing.

Dated: May 4, 2011          By  /s/ Edward M. Laine
                                Edward M. Laine

OPPENHEIMER WOLFF & DONNELLY, LLP
Attorneys for Defendant and Counterclaimant,
MYRIAD FRANCE, S.A.S.