BRETT M. SCHUMAN (SBN 189247)
DION M. BREGMAN (SBN 208393)
AHREN C. HSU-HOFFMAN (SBN 250469)
RYAN L. SCHER (SBN 244706)
RACHEL M. WALSH (SBN 250568)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
E-mail: bschuman@morganlewis.com
E-mail: dbregman@morganlewis.com
E-mail: ahoffman@morganlewis.com
E-mail: rscher@morganlewis.com
E-mail: rwalsh@morganlewis.com

PATRICK J. FLINN (SBN 104423)
MICHAEL P. KENNY (*pro hac vice*)
ALSTON + BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7920
E-mail: patrick.flinn@alston.com
E-mail: mike.kenny@alston.com

DAVID A. CORDEIRO (SBN 196063)
OPENWAVE SYSTEMS INC.
2100 Seaport Blvd.
Redwood City, CA 94063
Tel.: 650-480-7105
E-Mail: dave.cordeiro@openwave.com

*Attorneys for Plaintiff and Counterclaim-Defendant*
OPENWAVE SYSTEMS INC.

RODERICK M. THOMPSON (SBN 96192)
ANDREW LEIBNITZ (SBN 184723)
SCOTT ANDREWS (SBN 243690)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: rthompson@fbm.com
E-mail: aleibnitz@fbm.com
E-mail : sandrews@fbm.com

EDWARD M. LAINE (*pro hac vice*)
SAMUEL R. HELLFELD (SBN 234421)
OPPENHEIMER WOLFF & DONNELLY, LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
E-mail: elaine@oppenheimer.com
E-mail: shellfeld@oppenheimer.com

*Attorneys for Defendant and Counterclaimant*
MYRIAD FRANCE, S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., <br><br> Plaintiff, <br><br> v. <br><br> MYRIAD FRANCE S.A.S., <br><br> Defendant. | Case No. 10-CV-02805 (WHA) <br><br> **STIPULATION FOR MOVING PRETRIAL CONFERENCE AND [PROPOSED] ORDER** |
| AND RELATED COUNTERCLAIM. | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR MOVING PRETRIAL
CONFERENCE AND [PROPOSED] ORDER
CASE NO. 10-CV-02805 (WHA)

DB2/ 22542007.1

1  Plaintiff and Counterclaim-Defendant Openwave Systems, Inc. ("Openwave") and
2  Defendant and Counterclaimant Myriad France S.A.S. ("Myriad"), by and through their
3  respective attorneys of record, hereby stipulate as follows:
4  WHEREAS, on November 4, 2010, the Court issued its Case Management Order and
5  Reference to Magistrate Judge for Mediation/Settlement, wherein the Court set the final pretrial
6  conference for 2:00 p.m. on August 22, 2011 (Dkt. No. 26, ¶ 10);
7  WHEREAS, on July 18, 2010, the Court issued its Order Rescheduling Pretrial
8  Conference, wherein the Court rescheduled the final pretrial conference to 2:00 p.m. on August
9  15, 2011, and requires lead trial counsel to attend (Dkt. No. 305);
10 WHEREAS Openwave's lead trial counsel is unavailable on August 15, 2011;
11 THE PARTIES HEREBY STIPULATE, by and through their respective counsel, and
12 respectfully request that the Court reschedule the August 15, 2011 pretrial conference to August
13 18, 2011 at 2:00 p.m. in Courtroom 9, 19th floor, of the San Francisco Courthouse.
14 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

15 Dated: July 19, 2011                          MORGAN, LEWIS & BOCKIUS LLP

                                                By /s/ Brett Schuman
                                                   Brett M. Schuman

                                                *Attorneys for Plaintiff and Counterdefendant,*
                                                OPENWAVE SYSTEMS, INC.

21 Dated: July 19, 2011                          OPPENHEIMER WOLFF & DONNELLY, LLP


                                                By /s/ Samuel Hellfeld
                                                   Samuel R. Hellfeld

                                                *Attorneys for Defendant and Counterclaimant,*
                                                MYRIAD FRANCE, S.A.S.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIPULATION FOR MOVING PRETRIAL
CONFERENCE AND ~~PROPOSED~~ ORDER
CASE NO. 10-CV-02805 (WHA)

DB2/ 22542007.1

1 **[PROPOSED] ORDER**

2    PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Dated: __July 19, 2011.__                  _____
                                              WILLIAM ALSUP
5                                             UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIPULATION FOR MOVING PRETRIAL
CONFERENCE AND ~~PROPOSED~~ ORDER
CASE NO. 10-CV-02805 (WHA)

DB2/ 22542007.1

**FILER'S ATTESTATION**

I, Ryan L. Scher, am the ECF user whose identification and password are being used to file this Stipulation for Moving Pretrial Conference. In compliance with General Order 45.X.B, I hereby attest that Brett M. Schuman and Samuel R. Hellfeld concur in this filing.

Dated: July 19, 2011

By /s/ Ryan Scher
Ryan L. Scher

*Attorneys for Plaintiff and Counterdefendant,*
OPENWAVE SYSTEMS, INC.

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

3

STIPULATION FOR MOVING PRETRIAL
CONFERENCE AND ~~PROPOSED~~ ORDER
CASE NO. 10-CV-02805 (WHA)

DB2/ 22542007.1