UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>MYRIAD FRANCE S.A.S,<br><br>Defendants. | Case No. 3:10-cv-02805 (WHA)<br><br>[~~PROPOSED~~] ORDER ON NOTICE OF WITHDRAWAL OF COUNSEL MICHAEL P. KENNY, PATRICK J. FLINN AND ERICA L. FENBY |
| MYRIAD FRANCE S.A.S.,<br><br>Counterclaimant,<br><br>v.<br><br>OPENWAVE SYSTEMS INC.,<br><br>Counterclaim-Defendant. | |

Having considered the Notice by counsel for Plaintiff Openwave Systems, Inc. of the withdrawal of Michael P. Kenny, Patrick J. Flinn, and Erica L. Fenby as its counsel, and good cause appearing therefore, it is SO ORDERED.

DATED: July 28, 2011.

_____
Honorable William Alsup
United States District Judge