UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPENWAVE SYSTEMS INC.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MYRIAD FRANCE S.A.S.,<br><br>    Defendant(s).<br>_____/ | Case No. C10-02805 WHA (JCS)<br><br>**ORDER DENYING PLAINTIFF'S LETTER BRIEF COMPELLING FURTHER DEPOSITION OF GOOGLE [Docket No. 317]** |

On July 26, 2011, Plaintiff filed a Letter Brief Requesting Order Compelling Further Deposition of Google [redacted] (the "Letter Brief").

IT IS HEREBY ORDERED that Plaintiff's Letter Brief is DENIED for failure to comply with the Court's Order, dated April 28, 2011, to meet and confer in person, and file a joint letter.

IT IS SO ORDERED.

Dated: August 1, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge