KELL M. DAMSGAARD (*pro hac vice*)
BRETT M. SCHUMAN (SBN 189247)
RYAN L. SCHER (SBN 244706)
RACHEL M. WALSH (SBN 250568)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: kdamsgaard@morganlewis.com
E-mail: bschuman@morganlewis.com
E-mail: rscher@morganlewis.com
E-mail: rwalsh@morganlewis.com

CLIFFORD R. HORNER (SBN 154353)
MATTHEW R. URDAN (SBN 135461)
KEVIN P. MONTEE (SBN 223822)
HORNER & SINGER LLP
1646 N. California Blvd. Ste. 250
Walnut Creek, CA 94596
Tel: 925.943.6570
Fax: 925.943.6888
E-mail: chorner@hornersinger.com
E-mail: murdan@hornersinger.com
E-mail: kmontee@hornersinger.com

DAVID A. CORDEIRO (SBN 196063)
OPENWAVE SYSTEMS INC.
2100 Seaport Blvd.
Redwood City, CA 94063
Tel.: 650.480.7105
Fax: 650.480.4315
E-mail: dave.cordeiro@openwave.com

*Attorneys for Plaintiff and Counterclaim-Defendant*
OPENWAVE SYSTEMS INC.

RODERICK M. THOMPSON (SBN 96192)
ANDREW LEIBNITZ (SBN 184723)
SCOTT ANDREWS (SBN 243690)
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: rthompson@fbm.com
E-mail: aleibnitz@fbm.com
E-mail: sandrews@fbm.com

EDWARD M. LAINE (*pro hac vice*)
GARY HANSEN (*pro hac vice*)
SAMUEL R. HELLFELD (SBN 234421)
ANDREW P. HOLM (*pro hac vice*)
OPPENHEIMER WOLFF & DONNELLY LLP
Plaza VII, Suite 3300
45 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 607-7439
Facsimile: (612) 607-7100
E-mail: elaine@oppenheimer.com
E-mail: ghansen@oppenheimer.com
E-mail: shellfeld@oppenheimer.com
E-mail: aholm@oppenheimer.com

*Attorneys for Defendant and Counterclaimant*
MYRIAD FRANCE, S.A.S.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYRIAD FRANCE S.A.S,<br><br>　　　　　Defendant. | Case No. 10-CV-02805 (WHA)<br><br>**JOINT REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN ELECTRONIC EQUIPMENT AND MATERIALS; [PROPOSED] ORDER** |

Pursuant to Civil L.R. 7-11 and General Order No. 58, Openwave Systems Inc. and Myriad France S.A.S. jointly submit this Request to Bring into the Federal Courthouse Certain Electronic Equipment and Materials. The Parties respectfully request permission to bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, 94102, and set up in Courtroom 8 of the Honorable William Alsup, 19th Floor, certain electronic equipment and other materials for purposes of presenting evidence for the duration of the trial scheduled to begin on August 29, 2011 at 8:00 a.m. The Parties also request permission to access Courtroom 8, 19th Floor at 7:00 a.m. on August 29, 2011 and each day thereafter until the trial is concluded.

The parties request permission to bring the following electronic equipment and materials:

1. VGA 4 port switches;
2. barcode gun;
3. laptops, tablet, mouse, external hard drive and external disk drive;
4. easel;
5. small tables;
6. speaker sets;
7. electrical cables, connections, power strips, extension cords, and other connective cables; and
8. laser pointers.

| | | |
|---|---|---|
| 1 | Dated: August 25, 2011 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |

Dated: August 25, 2011

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Ryan Scher
    Ryan L. Scher
    Attorneys for Plaintiff and Counterclaim-Defendant
    OPENWAVE SYSTEMS INC.

Dated: August 25, 2011

OPPENHEIMER WOLFF & DONNELLY

By /s/
    Samuel Hellfeld,
    Attorneys for Defendant and Counterclaimant
    MYRIAD FRANCE S.A.S.

**FILER'S ATTESTATION**

I, Scott Andrews, am the ECF user whose identification and password are being used to file this Joint Request to Bring Into the Federal Courthouse Certain Electronic Equipment and Materials. In compliance with General Order 45.X.B, I hereby attest that Ryan L. Scher and Samuel Hellfeld concur in this filing.

Dated: August 25, 2011                                    FARELLA BRAUN + MARTEL LLP


By /s/ Scott Andrews
   Scott Andrews
   Attorneys for Defendant and
   Counterclaimant
   MYRIAD FRANCE S.A.S.

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that on August 29, 2011, Openwave Systems Inc. and Myriad France S.A.S. (the "Parties"), by and through their counsel of record and agents, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, 94102, and set up in Courtroom 8 of the Honorable William Alsup, 19th Floor, certain electronic equipment and other materials for purposes of presenting evidence for the duration of the trial scheduled to begin August 29, 2011.

The Parties may bring the following equipment:

1. VGA 4 port switches;
2. barcode gun;
3. laptops, tablet, mouse, external hard drive and external disk drive;
4. easel;
5. small table;
6. speaker set;
7. electrical cables, connections, power strips, extension cords, and other connective cables; and
8. laser pointers.

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

The Parties may access Courtroom 8, 19th Floor at 7:00 am, beginning August 29, 2011 and each day therafter until the trial is complete, to set up the above-referenced equipment.

**IT IS SO ORDERED.**

Dated: August 26, 2011.

~~WILLIAM ALSUP~~ CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE