| | | |
|---|---|---|
|1| KELL M. DAMSGAARD (*pro hac vice*) | RODERICK M. THOMPSON (SBN 96192) |
| | BRETT M. SCHUMAN (SBN 189247) | ANDREW LEIBNITZ (SBN 184723) |
|2| RYAN L. SCHER (SBN 244706) | SCOTT ANDREWS (SBN 243690) |
| | RACHEL M. WALSH (SBN 250568) | FARELLA BRAUN + MARTEL LLP |
|3| MORGAN, LEWIS & BOCKIUS LLP | 235 Montgomery Street, 17th Floor |
| | One Market, Spear Street Tower | San Francisco, CA 94104 |
|4| San Francisco, CA 94105-1126 | Telephone: (415) 954-4400 |
| | Tel: 415.442.1000 | Facsimile: (415) 954-4480 |
|5| Fax: 415.442.1001 | E-mail: rthompson@fbm.com |
| | E-mail: kdamsgaard@morganlewis.com | E-mail: aleibnitz@fbm.com |
|6| E-mail: bschuman@morganlewis.com | E-mail: sandrews@fbm.com |
| | E-mail: rscher@morganlewis.com | |
|7| E-mail: rwalsh@morganlewis.com | EDWARD M. LAINE (*pro hac vice*) |
| | | GARY HANSEN (*pro hac vice*) |
|8| CLIFFORD R. HORNER (SBN 154353) | SAMUEL R. HELLFELD (SBN 234421) |
| | MATTHEW R. URDAN (SBN 135461) | ANDREW P. HOLM (*pro hac vice*) |
|9| KEVIN P. MONTEE (SBN 223822) | OPPENHEIMER WOLFF & DONNELLY |
| | HORNER & SINGER LLP | LLP |
|10| 1646 N. California Blvd. Ste. 250 | Plaza VII, Suite 3300 |
| | Walnut Creek, CA 94596 | 45 South Seventh Street |
|11| Tel: 925.943.6570 | Minneapolis, MN 55402 |
| | Fax: 925.943.6888 | Telephone: (612) 607-7439 |
|12| E-mail: chorner@hornersinger.com | Facsimile: (612) 607-7100 |
| | E-mail: murdan@hornersinger.com | E-mail: elaine@oppenheimer.com |
|13| E-mail: kmontee@hornersinger.com | E-mail: ghansen@oppenheimer.com |
| | | E-mail: shellfeld@oppenheimer.com |
|14| DAVID A. CORDEIRO (SBN 196063) | E-mail: aholm@oppenheimer.com |
| | OPENWAVE SYSTEMS INC. | |
|15| 2100 Seaport Blvd. | *Attorneys for Defendant and Counterclaimant* |
| | Redwood City, CA 94063 | MYRIAD FRANCE, S.A.S. |
|16| Tel.: 650.480.7105 | |
| | Fax: 650.480.4315 | |
|17| E-mail: dave.cordeiro@openwave.com | |
|18| *Attorneys for Plaintiff and Counterclaim-* | |
| | *Defendant* | |
|19| OPENWAVE SYSTEMS INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OPENWAVE SYSTEMS INC., | Case No. 10-CV-02805 (WHA) |
| Plaintiff, | **JOINT REQUEST TO BRING INTO THE FEDERAL COURTHOUSE CERTAIN ELECTRONIC EQUIPMENT AND MATERIALS; [PROPOSED] ORDER** |
| v. | |
| MYRIAD FRANCE S.A.S, | |
| Defendant. | |

Pursuant to Civil L.R. 7-11 and General Order No. 58, Openwave Systems Inc. and Myriad France S.A.S. jointly submit this Request to Bring into the Federal Courthouse Certain Electronic Equipment and Materials. The Parties respectfully request permission to bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, 94102, and set up in Courtroom 8 of the Honorable William Alsup, 19th Floor, certain electronic equipment and other materials for purposes of presenting evidence for the duration of the trial scheduled to begin on August 29, 2011 at 8:00 a.m. The Parties also request permission to access Courtroom 8, 19th Floor at 7:00 a.m. on August 29, 2011 and each day thereafter until the trial is concluded.

The parties request permission to bring the following electronic equipment and materials:

1. VGA 4 port switches;
2. barcode gun;
3. laptops, tablet, mouse, external hard drive and external disk drive;
4. easel;
5. small tables;
6. speaker sets;
7. electrical cables, connections, power strips, extension cords, and other connective cables; and
8. laser pointers.

Dated: August 25, 2011

MORGAN, LEWIS & BOCKIUS LLP

By /s/ Ryan Scher
   Ryan L. Scher
   Attorneys for Plaintiff and Counterclaim-Defendant
   OPENWAVE SYSTEMS INC.

Dated: August 25, 2011

OPPENHEIMER WOLFF & DONNELLY

By /s/
   Samuel Hellfeld,
   Attorneys for Defendant and Counterclaimant
   MYRIAD FRANCE S.A.S.

**FILER'S ATTESTATION**

I, Scott Andrews, am the ECF user whose identification and password are being used to file this Joint Request to Bring Into the Federal Courthouse Certain Electronic Equipment and Materials. In compliance with General Order 45.X.B, I hereby attest that Ryan L. Scher and Samuel Hellfeld concur in this filing.

Dated: August 25, 2011                    FARELLA BRAUN + MARTEL LLP

                                          By /s/ Scott Andrews
                                          Scott Andrews
                                          Attorneys for Defendant and
                                          Counterclaimant
                                          MYRIAD FRANCE S.A.S.

| | |
|---|---|
| 1 | <span style="text-decoration: line-through">[PROPOSED]</span> **ORDER** |

IT IS HEREBY ORDERED that on August 29, 2011, Openwave Systems Inc. and Myriad France S.A.S. (the "Parties"), by and through their counsel of record and agents, may bring into the Federal Courthouse located at 450 Golden Gate Avenue, San Francisco, California, 94102, and set up in Courtroom 8 of the Honorable William Alsup, 19th Floor, certain electronic equipment and other materials for purposes of presenting evidence for the duration of the trial scheduled to begin August 29, 2011.

The Parties may bring the following equipment:

1. VGA 4 port switches;
2. barcode gun;
3. laptops, tablet, mouse, external hard drive and external disk drive;
4. easel;
5. small table;
6. speaker set;
7. electrical cables, connections, power strips, extension cords, and other connective cables; and
8. laser pointers.

Court staff, including assistant U.S. Marshals on duty at the time, are directed to allow and to take such steps as reasonably necessary to facilitate the foregoing activity.

The Parties may access Courtroom 8, 19th Floor at 7:00 am, beginning August 29, 2011 and each day therafter until the trial is complete, to set up the above-referenced equipment.

**IT IS SO ORDERED.**

Dated: August 26, 2011.

<span style="text-decoration: line-through">WILLIAM ALSUP</span> CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE